WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Julio Armando Laurean-Ayala, | No. CV-25-04425-PHX-KML (JFM) |
| Petitioner, | **ORDER** |
| v. | |
| Kristi Noem, et al., | |
| Respondents. | |

In their response to the order to show cause, respondents argue there is no live case or controversy because "Petitioner has already been granted a bond hearing with individualized findings." (Doc. 8.) A declaration from a Deportation Officer explains that on December 3, 2025, "the immigration court . . . denied the Petitioner bond because the court lacked jurisdiction. Additionally, the immigration court found that if the court had jurisdiction, bond would be denied because the Petitioner is a danger." (Doc. 8-1 at 2.) Relying on that second basis for denying bond, respondents argue it is immaterial whether the immigration court's first basis was incorrect. Petitioner filed a reply that does not address the alternative finding of dangerousness. (Doc. 10.) Based in large part on petitioner's failure to address this issue, the court concludes it lacks jurisdiction because it could not order any relief.

/

/

/

Accordingly,

**IT IS ORDERED** the Petition for Writ of Habeas Corpus (Doc. 1) is **DENIED**. The Clerk of Court shall enter a judgment of dismissal without prejudice and close this case.

Dated this 12th day of December, 2025.

Honorable Krissa M. Lanham
United States District Judge